# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT A. LINCOLN, and MARY O. LINCOLN, his wife,<br><br>    Plaintiffs,<br><br>    v.<br><br>MAGNUM LAND SERVICES, LLC, et al.,<br><br>    Defendants. | CIVIL ACTION NO. 3:12-cv-576<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this 4th day of April, 2012, **IT IS HEREBY ORDERED** that removing Defendants Chesapeake Appalachia, LLC, Chesapeake Energy Corporation, and Statoil USA Onshore Properties, Inc. are given leave to file a second amended notice of removal within twenty-one (21) days from the date of this order. If the Defendants fail to do so, the action will be remanded to the Court of Common Pleas of Wyoming County, Pennsylvania.

                                          /s/ A. Richard Caputo
                                          A. Richard Caputo
                                          United States District Judge