IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT A. LINCOLN and MARY O. LINCOLN,

    Plaintiffs,

        v.

MAGNUM LAND SERVICES, LLC, *et al.*,

    Defendants.

CIVIL ACTION NO. 3:12-CV-576

(JUDGE CAPUTO)

## ORDER

**NOW** this 5th day of June, 2013, **IT IS HEREBY ORDERED** that:

(1) The Motion to Dismiss filed by Defendants Chesapeake Appalachia, LLC, Chesapeake Energy Corporation, and Statoil USA Onshore Properties Inc. (Doc. 13) is **GRANTED**.

(2) The Motion to Dismiss filed by Defendant Belmont Resources, LLC (Doc. 18) is **GRANTED**.

(3) The Motion to Dismiss filed by Defendant Magnum Land Services, LLC (Doc. 21) is **GRANTED**.

(4) The First Amended Complaint in Action to Quiet Title filed by Plaintiffs Robert and Mary Lincoln (Doc. 11, Ex. B) is **DISMISSED WITH PREJUDICE**.

(5) The Clerk of Court is directed to mark this case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge